```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6730
6      FAX:       (415) 436-6748
       E-mail:    melanie.proctor@usdoj.gov
7
   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES, | ) No. C 11-2812 MEJ |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF VOLUNTARY DISMISSAL |
|  | ) PURSUANT TO FED. R. CIV. P. 41(a) |
| ANNA NOEL, | ) |
| Defendant. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(i), Plaintiff hereby voluntarily dismisses the Complaint, without prejudice.

Dated: August 19, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Plaintiff

### ~~PROPOSED~~ ORDER

It is so ordered. The above-captioned action is hereby dismissed without prejudice. The Clerk shall close the file.

_____
MARIA-ELENA JAMES
United States Magistrate Judge